# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having received and considered Defendants' Motion for Order Directing Plaintiff to Obtain Counsel (Doc. 83) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for Order Directing Plaintiff to Obtain Counsel is GRANTED. Plaintiff has up to and including **January 10, 2025** to cause a licensed attorney to make an appearance on its behalf in this matter. Should Plaintiff not obtain counsel within this timeframe, this matter will be subject to dismissal for failure to prosecute.

**IT IS FURTHER ORDRED** setting a telephonic Status Conference for **January 24, 2025 at 9:00 a.m.** (15 minutes allowed). The parties must be prepared to discuss deadlines for a new Case Management Order. The parties will receive dial-in information via electronic mail prior to the hearing.

Dated this 11th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge