Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
WARNER ANGLE HALLAM
 JACKSON & FORMANEK PLC
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:   sportney@warnerangle.com
              pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                      Plaintiff,<br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                      Defendants. | Case No. 2:23-cv-00109<br><br>**DEFENDANTS' REPORT REGARDING SETTLEMENT TALKS**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

       Pursuant to the Court's May 21, 2024 Case Management Order (Doc. 59), Defendants submit this report re: status of settlement talks in the above-captioned matter. As the Court is aware, on September 26, 2024, Plaintiff's attorney filed a Motion for Leave to Withdraw Without Client Consent (Doc. 69), which was granted by Minute Entry on

October 19, 2024 (Doc. 80). On December 11, 2024, this Court ordered Plaintiff to obtain new counsel by January 10, 2025 (Doc. 84).

Throughout the course of this matter, the parties have engaged in various good faith settlement talks. The parties also participated in mediation before Retired Judge Ken Fields on August 27, 2024. These efforts have been unsuccessful to resolve this case. If Plaintiff hires new counsel, Defendants are willing to engage in additional good faith settlement talks with new counsel. Given the procedural posture of this case as set forth above, no assistance from the Court is currently needed in facilitating additional settlement talks.

DATED this 20th day of December, 2024.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By */s/ Peter J. Foster*
Sandra E. Portney
Peter J. Foster
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Eastern Industries, LLC
14A Heron Lane
Shelter Island, NY 11964
jim@dreadfullykind.com
alansacks@aol.com
cub024@yahoo.com
*Plaintiff*

/s/  Lisa Mazza