1  Robert T. Mills (Arizona Bar #018853)
   Sean A. Woods (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 North 12th Street, Suite 101
3  Phoenix, Arizona 85014
   Telephone 480.999.4556
4  docket@millsandwoods.com
   swoods@millsandwoods.com
5  *Attorneys for Plaintiff*

6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

9  Eastern Industries, LLC, a New York    Case No.: 2:23-cv-00109
   limited liability company,
10
                 Plaintiff,              **NOTICE OF APPEARANCE FOR**
11                                              **PLAINTIFF**
             vs.
12
   EarthCo Enterprises, LLC, an Arizona
13 limited liability company; Thomas Vella   (Assigned to the Honorable Susan M.
   and Jane Doe Vella, husband and wife,            Brnovich)
14 Wesley Zlotoff and Jane Doe Zlotoff,
   husband and wife; Dominic Riccobono
15 and Jane Doe Riccobano, husband and
   wife, and Jack Thomas Riccobono and
16 Jane Roe Riccobono, husband and wife,
   Scott Williams and Jane Doe Williams,
17 husband and wife,
18
                 Defendants.
19

20      Through undersigned counsel, Plaintiff Eastern Industries, LLC ("Plaintiff") hereby

21 gives notice that it is now represented in this action by attorneys Robert T. Mills and Sean

22

23 A. Woods and the law firm Mills + Woods Law, PLLC. Please send all documents and

24 communications intended for Plaintiff to:

25 ///

26 ///

27 ///

28 ///

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
(480) 999-4556

**RESPECTFULLY SUBMITTED** this 10th day of January 2025.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I electronically transmitted the foregoing

document to the Clerk's Office using the ECF System for filing and transmittal of a Notice

of Electronic Filing to the following ECF registrants:

Sandra E. Portney
sportney@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*

*/s/ Ben Dangerfield*