Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
WARNER ANGLE HALLAM
 JACKSON & FORMANEK PLC
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:   sportney@warnerangle.com
          pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **NOTICE OF LODGING SECOND AMENDED CASE MANAGEMENT ORDER** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | *(Assigned to the Hon. Susan M. Brnovich)* |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the Second Amended Case Management Order, which has been agreed to by counsel for both parties, has this date been lodged for the Court's review and approval.

DATED this 24th day of January, 2025.

**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**


By  */s/ Peter J. Foster*
    Sandra E. Portney
    Peter J. Foster
    2555 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    *Attorneys for Defendants*


**MILLS + WOODS LAW, PLLC**


By */s/ Sean A. Woods (with permission)*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

/s/  Lisa Mazza