# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                    Plaintiff,<br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                    Defendants. | Case No. 2:23-cv-00109<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER**<br><br>*(Assigned to the Hon. Susan M. Brnovich)* |

The Court enters the following Second Amended Case Management Order to govern the litigation in this case. Unless deadlines are specifically modified herein, the May 21, 2024 Case Management Order (Doc. 59) governs.

1. <u>Fact Discovery</u>. The deadline for fact discovery, including discovery by subpoena, shall be **April 30, 2025**.

2. <u>Dispositive Motions</u>. Dispositive motions shall be filed no later than **July 29, 2025**.

3. The April 14, 2025 trial setting conference is reset for _____ at \_\_\_\_\_ a.m./p.m. (\_\_\_ minutes allowed). The parties will receive dial-in information via electronic mail prior to the hearing.