# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court enters the following Second Amended Case Management Order to govern the litigation in this case. Unless deadlines are specifically modified herein, the May 21, 2024 Case Management Order (Doc. 59) governs.

1. Fact Discovery. The deadline for fact discovery, including discovery by subpoena, shall be **April 30, 2025**.
2. Dispositive Motions. Dispositive motions shall be filed no later than **July 29, 2025**.

**IT IS ORDERED** the April 14, 2025 trial setting conference is reset to **August 11, 2025 at 9:30 a.m.** (15 minutes allowed). The parties will receive dial-in information via electronic mail prior to the hearing.

Dated this 27th day of January, 2025.

Honorable Susan M. Brnovich
United States District Judge