| | |
|---|---|
| 1 | Sandra E. Portney, State Bar No. 018881 |
| 2 | Peter J. Foster, State Bar No. 026242 |
|   | **WARNER ANGLE HALLAM** |
| 3 | **JACKSON & FORMANEK PLC** |
| 4 | 2555 East Camelback Rd., Suite 800 |
|   | Phoenix, Arizona 85016 |
| 5 | Telephone: (602) 264-7101 |
| 6 | E-mail:  sportney@warnerangle.com |
|   |          pfoster@warnerangle.com |
| 7 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | |
| Defendants. | |

Defendants hereby give notice of service of the following discovery on Plaintiff, Eastern Industries, LLC, on April 28, 2025, via e-mail:

1. Defendants' Response to Plaintiff's First Set of Requests for Production; and

2. Defendants' Response to Plaintiff's First Set of Interrogatories

DATED this 28th day of April, 2025.

          **WARNER ANGLE HALLAM**
           **JACKSON & FORMANEK PLC**

By  */s/ Peter J. Foster*
     Sandra E. Portney
     Peter J. Foster
     2555 East Camelback Road, Suite 800
     Phoenix, Arizona 85016
     *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

/s/ L. Mazza