Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:  sportney@warnerangle.com
          pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                          Plaintiff,<br>  v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                          Defendants. | Case No. 2:23-cv-00109<br><br>**STIPULATED MOTION FOR PROTECTIVE ORDER OF CONFIDENTIALITY**<br><br>(*Assigned to the Hon. Susan M. Brnovich*) |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned parties stipulate and request that the Court enter a protective order governing the use and disclosure of certain documents in this action. Good cause exists for the entry of a protective order because certain information subject to disclosure contains sensitive and confidential information, which is not publicly available, including sensitive business

1  information. Accordingly, the parties hereby stipulate and jointly request that the Court
2  enter the *Stipulated Protective Order of Confidentiality* lodged concurrently herewith.
3  　　　DATED this 30th day of April 2025.

**WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC**

By: */s/ Peter J. Foster*
　　　Sandra E. Portney
　　　Peter J. Foster
　　　2555 East Camelback Road, Suite 800
　　　Phoenix, Arizona 85016
　　　*Attorneys for Defendants*

**MILLS + WOODS LAW, PLLC**

By: */s/ Sean A. Woods (with permission)*
　　　Robert T. Mills
　　　Sean A. Woods
　　　5055 North 12th Street, Suite 101
　　　Phoenix, Arizona 85014
　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and that on said date copies were delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

                                                       */s/ Lisa Mazza*