Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:   sportney@warnerangle.com
            pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **STIPULATION TO AMEND CASE MANAGEMENT ORDER** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | *(Assigned to the Hon. Susan M. Brnovich)* |
| Defendants. | |

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the undersigned Parties hereby jointly agree, stipulate, and request to amend the Case Management Order to allow the Parties additional time to engage in discovery, exchange relevant documents, review disclosed information, respond to written discovery, and take depositions. Since new counsel for Plaintiff made their appearance earlier this year, the Parties have been

working on the aforementioned discovery issues, but more time is needed. The Parties request that the Court amend the Case Management Order by extending the fact discovery deadline by sixty (60) days and the other remaining deadlines by thirty (30) days. This extension request is made in good faith and not for any dilatory purposes or for delay. A proposed order is filed herewith.

DATED this 30th day of April 2025.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By: */s/ Peter J. Foster*
Sandra E. Portney
Peter J. Foster
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

**MILLS + WOODS LAW, PLLC**

By: */s/ Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and that on said date copies were delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

                */s/ Lisa Mazza*