IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Amend Case Management Order (Doc. 95), the Court enters the following Third Amended Case Management Order to govern the litigation in this case. Unless deadlines are specifically modified herein, the May 21, 2024 Case Management Order (Doc. 59) governs.

1. <u>Fact Discovery</u>. The deadline for fact discovery, including discovery by subpoena, shall be **June 30, 2025**.

2. <u>Dispositive Motions</u>. Dispositive motions shall be filed no later than **August 29, 2025.**

3. The August 11, 2025 telephonic trial setting conference is reset to **September 12, 2025 at 8:45 a.m.** (15 minutes allowed). The parties will receive dial-in information via electronic mail prior to the hearing.

Dated this 2nd day of May, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge