Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, <br><br> Defendants. | Case No.: 2:23-cv-00109 <br><br> **STIPULATION TO EXTEND DEADLINES** <br><br> (Fourth Request) <br><br> (Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Local Rule 7.3, the parties hereby stipulate and agree to extend the remaining deadlines by approximately sixty days each, all in accordance with the [Proposed] Order attached hereto.

Good cause exists for such an extension. The documents produced have been voluminous, and Plaintiff requires additional time to complete its review of them. Moreover, the large size of the production will inevitably necessitate additional discovery in response.

Accordingly, the parties stipulate and agree to extend the following dates and deadlines as follows:

1. The last day to complete fact discovery, from June 30, 2025 to **August 29, 2025**;

2. The last day to file dispositive motions, from August 29, 2025 to **October 29, 2025**;

3. The Telephonic Trial Setting Conference, from September 12, 2025 at 8:45 a.m. to a date and time approximately sixty days later to be set by the Court.

**RESPECTFULLY SUBMITTED** this 30th day of June 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiff*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By  */s/ Peter J. Foster (w/ permission)*
    Sandra E. Portney
    Peter J. Foster
    James Valletta
    2555 E Camelback Rd., Ste. 800
    Phoenix, AZ 85016
    (602) 264-7101
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
lmazza@warnerangle.com
James Valletta
jvalletta@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*

         /s/ Ben Dangerfield