Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No.: 2:23-cv-00109<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

THE COURT, having reviewed the "Stipulation to Extend Deadlines (Fourth Request)" (the "Stipulation"), and good cause existing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following dates and deadlines as follows:

1. The last day to complete fact discovery, from June 30, 2025 to **August 29, 2025**;

2. The last day to file dispositive motions, from August 29, 2025 to **October 29, 2025**;

3. The Telephonic Trial Setting Conference, from September 12, 2025 at 8:45 a.m. to _____.