1  Sandra E. Portney, State Bar No. 018881
2  Peter J. Foster, State Bar No. 026242
   **WARNER ANGLE HALLAM**
3   **JACKSON & FORMANEK PLC**
   2555 East Camelback Rd., Suite 800
4  Phoenix, Arizona 85016
5  Telephone: (602) 264-7101
   E-mail:   sportney@warnerangle.com
6             pfoster@warnerangle.com
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Eastern Industries, LLC, a New York limited liability company,<br><br>                               Plaintiff,<br>       v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                               Defendants. | Case No. 2:23-cv-00109<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
|---|---|

Defendants hereby give notice of service of the following discovery on Plaintiff, Eastern Industries, LLC, on July 3, 2025, via e-mail:

   1.   Notice of Rule 30(B)(6) Deposition of the officer(s), director(s), manager(s), employee(s) or other person(s) on behalf of Eastern Industries, LLC who has/have the most knowledge

2. Subpoena and Notice of Deposition of Jim Welch

3. Subpoena and Notice of Deposition of Anthony Smith

4. Subpoena and Notice of Deposition of Alan Sacks

DATED this 3rd day of July, 2025.

          **WARNER ANGLE HALLAM**
            **JACKSON & FORMANEK PLC**

By */s/ Peter J. Foster*
    Sandra E. Portney
    Peter J. Foster
    2555 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of July, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

> Robert T. Mills
> rmills@millsandwoods.com
> Sean A. Woods
> swoods@millsandwoods.com
> Mills + Woods Law, PLLC
> docket@millsandwoods.com
> 5055 N 12th St., Ste. 101
> Phoenix, AZ 85014
> *Attorneys for Plaintiff*

/s/ Lisa Mazza