# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation to Extend Deadlines (Fourth Request) (Doc. 98) and good cause existing,

**IT IS ORDERED** extending the following deadlines:

- The last day to complete fact discovery is **August 29, 2025**.
- The last day to file dispositive motions is **October 29, 2025**.

**IT IS FURTHER ORDERED** the September 12, 2025 Telephonic Trial Setting Conference is reset to **November 12, 2025 at 9:00 a.m.** (15 minutes allowed).

Dated this 7th day of July, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge