Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No.: 2:23-cv-00109<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>(Fifth Request)<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate and agree to extend the remaining deadlines by approximately sixty days each, all in accordance with the [Proposed] Order attached hereto.

Good cause exists for such an extension. Though the parties have remained in constant communication, and though it was neither their intention nor their wish to extend dates again or cause additional delay, scheduling conflicts have nevertheless arisen on both sides as a result of busy caseloads and illnesses that have delayed the progress of discovery.

Accordingly, the parties stipulate and agree to extend the following dates and deadlines as follows:

1. The last day to complete fact discovery, from August 29, 2025 to **October 28, 2025**;

2. The last day to file dispositive motions, from October 29, 2025 to **December 29, 2025**;

3. The Telephonic Trial Setting Conference, from November 12, 2025 at 9:00 a.m. to a date and time approximately sixty days later to be set by the Court.

**RESPECTFULLY SUBMITTED** this 27th day of August 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By  */s/ Peter J. Foster (w/ permission)*
Sandra E. Portney
Peter J. Foster
James Valletta
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
lmazza@warnerangle.com
James Valletta
jvalletta@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*


        /s/ Ben Dangerfield

3