MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>               Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>               Defendants. | Case No.: 2:23-cv-00109<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

       THE COURT, having reviewed the "Stipulation to Extend Deadlines (Fifth Request)" (the "Stipulation"), and good cause existing, therefore:

       **IT IS ORDERED** granting the Stipulation.

       **IT IS FURTHER ORDERED** extending the following dates and deadlines as follows:

1. The last day to complete fact discovery, from August 29, 2025 to **October 28, 2025**;

2. The last day to file dispositive motions, from October 29, 2025 to **December 29, 2025**;

3. The Telephonic Trial Setting Conference, from November 12, 2025 at 9:00 a.m. to _____.