# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation to Extend Deadlines (Fifth Request) (the "Stipulation") (Doc. 101) and good cause existing,

**IT IS ORDERED** extending the following dates and deadlines:

1. The last day to complete fact discovery is **October 28, 2025**.
2. The last day to file dispositive motions is **December 29, 2025**.

**IT IS FURTHER ORDERED** the November 12, 2025 Telephonic Trial Setting Conference is reset to **January 12, 2026 at 9:45 a.m.** (15 minutes allowed).

Dated this 3rd day of September, 2025.

Honorable Susan M. Brnovich
United States District Judge