# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation to Extend Deadlines (Sixth Request) (Doc. 104) and good cause existing,

**IT IS ORDERED** extending the following dates and deadlines:

1. The last day to complete fact discovery, from October 28, 2025 to **February 27, 2026.**
2. The last day to file dispositive motions, from December 29, 2025 to **March 31, 2026**.

**IT IS FURTHER** the January 12, 2026 Telephonic Trial Setting Conference is reset to **April 13, 2026 at 9:30 a.m.** (15 minutes allowed).   .

Dated this 5th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge