Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No.: 2:23-cv-00109<br><br>**PLAINTIFF'S AMENDED NOTICE OF SERVICE OF SUBPOENAS DUCES TECUM**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice of its service of Subpoenas Duces Tecum and accompanying letters to Bank of America, NA, Chase Bank, NA, Wells Fargo Bank, NA, and Zions Bancorporation, NA, along with a Notice of Intent to Serve same, upon counsel for Defendants via email, on January 13, 2026.

///

///

**RESPECTFULLY SUBMITTED** this 14th day of January 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
James Valletta
jvalletta@warnerangle.com
ctoledo@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*

     */s/ Ben Dangerfield*

2