# EXHIBIT "A"

# EXHIBIT "A"

| | |
|---|---|
| 1 | Sandra E. Portney, State Bar No. 018881 |
| 2 | Peter J. Foster, State Bar No. 026242 |
|   | **WARNER ANGLE HALLAM** |
| 3 | **JACKSON & FORMANEK PLC** |
|   | 2555 East Camelback Rd., Suite 800 |
| 4 | Phoenix, Arizona 85016 |
| 5 | Telephone: (602) 264-7101 |
|   | E-mail:   sportney@warnerangle.com |
| 6 |           pfoster@warnerangle.com |
| 7 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **CERTIFICATION REGARDING GOOD FAITH CONSULTATION** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | |
| Defendants. | |

Defendants, through undersigned counsel, certify and confirm that undersigned counsel and counsel for Plaintiff engaged in a good faith consultation via telephone on January 22, 2026. During the call, counsel discussed Plaintiff's subpoenas to Bank of America, NA, JPMorgan Chase Bank, NA, Wells Fargo Bank, NA, and Zions Bancorporation, NA. During the discussion, counsel for Plaintiff agreed to limit the time period in the

subpoenas to November 1, 2019, through March 31, 2023. Despite their good faith efforts, counsel was unable to resolve Defendants' remaining issues with the subpoenas.

DATED this 26th day of January, 2026.

**WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC**

By */s/ Peter J. Foster*
Sandra E. Portney
Peter J. Foster
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*