IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                    Plaintiff,<br><br>    v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                    Defendants. | Case No. 2:23-cv-00109<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS**<br><br>**AND**<br><br>**MOTION FOR PROTECTIVE ORDER** |

   Upon Defendants' Motion to Quash or Modify Subpoenas and Motion for Protective Order, and good cause appearing,

   IT IS ORDERED, confirming the agreement of the parties that the time period in the subpoenas to Bank of America, NA, JPMorgan Chase Bank, NA, Wells Fargo Bank, NA, and Zions Bancorporation, NA ("Subpoenas") is modified to November 1, 2019, through March 31, 2023;

IT IS FURTHER ORDERED, disallowing the Subpoenas to require production of individual banking records related to Thomas Vella and Wesley Zlotoff; and

IT IS FURTHER ORDERED, requiring that any production of documents pursuant to the Subpoenas should be made in accordance with the Stipulated Protective Order of Confidentiality (Doc. 97).