1  Sandra E. Portney, State Bar No. 018881
2  Peter J. Foster, State Bar No. 026242
   **WARNER ANGLE HALLAM**
3  **JACKSON & FORMANEK PLC**
   2555 East Camelback Rd., Suite 800
4  Phoenix, Arizona 85016
5  Telephone: (602) 264-7101
   E-mail:  sportney@warnerangle.com
6           pfoster@warnerangle.com
7  *Attorneys for Defendants*

8                IN THE UNITED STATES DISTRICT COURT
9                      FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | |
| Defendants. | |

    Defendants hereby give notice of service of the following discovery on Plaintiff, Eastern Industries, LLC, on February 9, 2026, via e-mail:

    1.   Defendants' Supplemental Response to Plaintiff's First Set of Interrogatories.

DATED this 9th day of February, 2026.

        **WARNER ANGLE HALLAM**
         **JACKSON & FORMANEK PLC**


By  */s/ Peter J. Foster*
  Sandra E. Portney
  Peter J. Foster
  2555 East Camelback Road, Suite 800
  Phoenix, Arizona 85016
  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

> Robert T. Mills
> rmills@millsandwoods.com
> Sean A. Woods
> swoods@millsandwoods.com
> Mills + Woods Law, PLLC
> docket@millsandwoods.com
> 5055 N 12th St., Ste. 101
> Phoenix, AZ 85014
> *Attorneys for Plaintiff*

/s/ C. Toledo