Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No.: 2:23-cv-00109<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF NOTICES OF DEPOSITION OF THOMAS VELLA AND WESLEY ZLOTOFF**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that this same day it served Notices of Deposition for Defendants Thomas Vella and Wesley Zlotoff to Defendants via email to their counsel.

*///*

*///*

*///*

*///*

**RESPECTFULLY SUBMITTED** this 13th day of February 2026.

         **MILLS + WOODS LAW, PLLC**

       By */s/ Sean A. Woods*
         Robert T. Mills
         Sean A. Woods
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014
         *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
James Valletta
jvalletta@warnerangle.com
ctoledo@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*

  */s/ Ben Dangerfield*

2