1   Robert T. Mills (Arizona Bar #018853)
2   Sean A. Woods (Arizona Bar #028930)
    **MILLS + WOODS LAW, PLLC**
3   5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014
4   Telephone 480.999.4556
    docket@millsandwoods.com
5   swoods@millsandwoods.com
    *Attorneys for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF ARIZONA**

9   | Eastern Industries, LLC, a New York limited liability company, | Case No.: 2:23-cv-00109 |
    |---|---|

10                Plaintiff,                **PLAINTIFF'S NOTICE OF SERVICE**

11          vs.                            **OF SECOND SUPPLEMENTAL**
                                          **DISCLOSURE STATEMENT**
12  EarthCo Enterprises, LLC, an Arizona

13  limited liability company; Thomas Vella
    and Jane Doe Vella, husband and wife,    (Assigned to the Honorable Susan M.
14  Wesley Zlotoff and Jane Doe Zlotoff,              Brnovich)
    husband and wife; Dominic Riccobono
15  and Jane Doe Riccobono, husband and
    wife, and Jack Thomas Riccobono and
16  Jane Roe Riccobono, husband and wife,
    Scott Williams and Jane Doe Williams,
17  husband and wife,

18                Defendants.

19

20          Through counsel undersigned and pursuant to Rule 5.2 of the Local Rules of Civil

21

22  Procedure, Plaintiff hereby gives notice that this same day it served its Second

23  Supplemental Disclosure Statement, along with the documents newly-referenced therein,

24  to Defendants via email to their counsel.

25  ///

26  ///

27  ///

28  ///

**RESPECTFULLY SUBMITTED** this 20th day of February 2026.

MILLS + WOODS LAW, PLLC


By    /s/ Sean A. Woods
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
James Valletta
jvalletta@warnerangle.com
ctoledo@warnerangle.com
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*


      /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2