# EXHIBIT "1"

# EXHIBIT "1"

Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:  sportney@warnerangle.com
              pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                              Plaintiff,<br><br>        v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                              Defendants. | Case No. 2:23-cv-00109<br><br>DECLATTION OF WESLEY ZLOTOFF |

Wesley Zlotoff declares as follows:

1.      I am over the age of eighteen years old, and I make this declaration based upon my own personal knowledge.

2.    The Joint Venture Agreement attached to Plaintiff's Second Amended Complaint as "Exhibit A" (Doc 43-1) is a genuine copy of the document.

3.    In this case, Plaintiff has never offered a damages calculation about the amount of money Plaintiff could have generated had it sold the 2019 crop instead of entering into the Joint Venture Agreement with EarthCo Enterprises, LLC ("EarthCo").

4.    I am unaware of any evidence produced by Plaintiff demonstrating that EarthCo failed to use its marketing resources to the fullest extent to sell Products in a timely manner.

5.    I am unaware of any evidence produced by Plaintiff demonstrating that EarthCo sold or could have sold Hemp113 made from Plaintiff's hemp.

6.    It is my understanding that despite its best efforts, EarthCo never sold any Hemp113 made from Plaintiff's hemp.

7.    Defendants believed and intended that the business would succeed.

8.    Altogether, the other members of EarthCo and I poured hundreds of thousands of dollars into the business trying to make it work.

9.    It is my understanding that the relatively small amount of Hemp113 that EarthCo was able to sell was produced with hemp that EarthCo obtained from sources other than Plaintiff.

10.    EarthCo was empathic about Plaintiff's financial situation and tried to help by: (1) sending a $10,000 advance; and (2) offering an Addendum to the Joint Venture Agreement as a workaround option.

11.    Plaintiff accepted the $10,000 advance.

12.    Plaintiff rejected the Addendum to the Joint Venture Agreement, even though it did not oblige Plaintiff to do anything further.

Warner Angle Hallam Jackson & Formanek PLC

13.     Each document attached as an Exhibit to the *Separate Statement of Facts in Support of Defendants' Motion for Summary Judgment on All Remaining Claims* is a genuine copy of the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: *3/31/2026*

*/s/ Wesley Zlotoff*
Wesley Zlotoff

Warner Angle Hallam Jackson & Formanek PLC