# EXHIBIT "3"

# EXHIBIT "3"

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No.: 2:23-cv-00109 |
| Plaintiff, | **PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |
| vs. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobono, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | (Assigned to the Honorable Susan M. Brnovich) |
| Defendants. | |

Pursuant to Rule 26(a), Fed. R. Civ. P., Plaintiff Eastern Industries, LLC, hereby provides its ~~First~~ ***Second*** Supplemental Disclosure Statement to Defendants. Additions to Plaintiff's previous Disclosure Statement are underlined, in bold, and italicized, while deletions thereto are indictaed via strikethrough.

///

///

///

///

***C) a computation of each category of damages claimed by the disclosing party— who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;***

Plaintiff will engage an expert to calculate damages. Plaintiff incurred $400,633.12 in costs growing the hemp and transporting it to Arizona. Under the contract, Plaintiff had an expectancy interest of making 50% of the revenue for sale of the hemp products from between $1,500 and $2,500 per kilogram; Plaintiff provided 7,500 pounds of hemp to Defendant.

***D) any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.***

None.

**RESPECTFULLY SUBMITTED** this 20th day of February 2026.

**MILLS + WOODS LAW, PLLC**

By      */s/ Sean A. Woods*
           Robert T. Mills
           Sean A. Woods
           5055 North 12th Street, Suite 101
           Phoenix, AZ 85014
           *Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556