# EXHIBIT "4"

# EXHIBIT "4"

## ADDENDUM TO JOINT VENTURE AGREEMENT
### October 19, 2021

This is an Addendum to the Joint Venture Agreement ("Agreement") made between Earthco Enterprises LLC ("EE") and Eastern Industries LLC ("JVCompany") dated November 10th, 2019.

**General Overview; Terms and Conditions**. As of the date of this Addendum, JVCompany holds an inventory count of 2,351 Kilograms of finished hemp powder ("JVInventory") which was produced from the initial allocation of raw biomass supplied to EE from JVCompany. JVInventory is currently stored at EE's facility located at 1856 N Higley Rd, Mesa, AZ 85205. EE desires to sell JVInventory as-is in accordance with the Agreement; however, the product specifications of JVInventory may not always meet the requirements of purchasers wishing to buy finished hemp powder from the Parties. Under circumstances where product specifications of JVInventory do not meet such requirements, EE shall be entitled to the following terms in order to maximize revenues for the benefit of the Parties:

1. EE shall source additional raw biomass ("NewBiomass") and perform the necessary lab testing to ensure NewBiomass meets the product specifications required by purchaser. EE shall be solely responsible for the financial obligations of sourcing NewBiomass.
2. EE shall process NewBiomass into additional finished hemp powder ("NewPowder") and perform the necessary lab testing to ensure NewPowder meets the product specifications required by purchaser. EE shall be solely responsible for the financial obligations of processing NewBiomass into NewPowder.
3. EE shall sell NewPowder to purchaser and handle inventory and revenues from such transaction as follows:
    a. The net weight of JVInventory which is not used, but otherwise would be used, to fulfill a purchase order due to product specification requirements shall be calculated and replaced with NewPowder. Revenues from the replacement of NewPowder for JVInventory shall be split between EE and JVCompany in accordance with the Agreement. The net weight of JVInventory that is replaced by NewPowder to accommodate such purchases shall be deducted from JVCompany's inventory count upon distribution of revenues from such purchases. This deduction of JVInventory shall be reflected in the quarterly reports per the Agreement. (For example: Let's assume JVInventory is at 2,351 Kilograms of finished hemp powder and EE receives a Purchase Order which requires 50 Kilograms of JVInventory to be allocated towards fulfilling the Purchase Order but the product specifications of JVInventory do not meet the requirements of the purchaser. Under these circumstances, EE would then source new biomass and manufacture new finished hemp powder that meets the needed product specifications required under the Purchase Order. EE would cover the costs associated with sourcing new biomass and manufacturing the new finished hemp powder. The new finished hemp powder would then be sold to purchaser and JVCompany would receive their share of the revenues generated from the purchase at the same value they would have received had JVInventory been used. After payment is issued to JVCompany, the JVInventory count would be reduced to 2,301 Kilograms.)
4. JVCompany shall have an option to provide NewBiomass to EE for the purposes described in this Addendum. The terms of obtaining such NewBiomass shall be discussed between the Parties with the understanding that EE shall not be bound or obligated to accept such terms.
5. Once JVInventory reaches 0 (zero) total Kilograms, the Agreement and this Addendum will be considered null and void and will no longer be of force or effect.

1

PLAINTIFF 000005

Except as modified herein, this Addendum shall not alter, modify or change the Agreement in any other respect.

**EARTHCO ENTERPRISES LLC**
an Arizona limited liability company

By: _____

Name: __Tom Vella_____

Its: __Owner_____

Date: __10/19/2021_____

**EASTERN INDUSTRIES LLC**
a New York limited liability company

By: _____

Name: _____

Its: _____

Date: _____

2

PLAINTIFF 000006