**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Quash or Modify Subpoenas and Motion for Protective Order (Doc. 109). After review of the motion, response and reply, the motion will be granted in part and denied in part.

**IT IS ORDERED** confirming the agreement of the parties that the time period in the subpoenas to Bank of America, NA, JPMorgan Chase Bank, NA, Wells Fargo Bank, NA, and Zions Bancorporation, NA ("Subpoenas") is modified to November 1, 2019, through March 31, 2023.

**IT IS FURTHER ORDERED** denying Defendant's motion to quash the subpoenas related to the production of individual banking records related to Thomas Vella and Wesley Zlotoff.

**IT IS FURTHER ORDERED** requiring that any production of documents pursuant to the Subpoenas should be made in accordance with the Stipulated Protective Order of Confidentiality (Doc. 97).

Dated this 10th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge