Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No.: 2:23-cv-00109 |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobono, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | (Second Request) |
| | (Assigned to the Honorable Susan M. Brnovich) |
| Defendants. | |

Through counsel undersigned and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree to, and respectfully move for, a second one-week extension of the time for Plaintiff to file its Response to Defendants' Motion for Summary Judgment on All Remaining Claims, ECF No. 118, until up to and including May 14, 2026. All remaining parties agree with this request, which is the second extension sought with respect to this deadline, as one prior one-week extension was granted.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Good cause exists for a second one-week extension.  In the past week, Plaintiff's counsel was out of the office for significant periods of time, including at least two recent full days of absence, to attend to his wife, who recently received a serious medical diagnosis.  Counsel also has an expedited filing in another large federal matter due tomorrow.

In light of the foregoing, the parties respectfully request that the Court extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment until up to and including May 14, 2026.

**RESPECTFULLY SUBMITTED** this 7th day of May 2026.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiff*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By   */s/ Peter J. Foster (w/ permission)*
     Sandra E. Portney
     Peter J. Foster
     James Valletta
     2555 E Camelback Rd., Ste. 800
     Phoenix, AZ 85016
     *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
James Valletta
jvalletta@warnerangle.com
ctoledo@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556