MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobono, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>                    Defendants. | Case No.: 2:23-cv-00109<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

THE COURT, having reviewed the "Stipulation for Extension of Time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiff shall file its Response to Defendants' Motion for Summary Judgment, ECF No. 118, no later than May 14, 2026.