# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Extension of Time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (Second Request) (the "Stipulation") (Doc. 124) and good cause appearing,

**IT IS ORDERED** that Plaintiff shall file its Response to Defendants' Motion for Summary Judgment (Doc. 118) no later than **May 14, 2026**.

Dated this 8th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge