Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobono, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, <br><br> Defendants. | Case No.: 2:23-cv-00109 <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> (Assigned to the Honorable Susan M. Brnovich) |

Through counsel undersigned and pursuant to the Protective Order governing this action, Plaintiff hereby moves for leave to file its Response to Defendants' Motion for Summary Judgment (the "Response") and its Controverting Statement of Facts in support (the "CSOF"), including all accompanying Exhibits to the CSOF, under seal in this action.

Good cause exists to file same under seal. The Exhibits contain confidential records, which were produced by Defendants and marked as confidential pursuant to the Protective Order, and the CSOF and Response contain quotations from and references to those

confidential records. Thus, filing these documents under seal is necessary to avoid any improper disclosure to the public at large. A [Proposed] Order is attached hereto.

**RESPECTFULLY SUBMITTED** this 15th day of May 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically transmitted the foregoing document to the following via the Court's ECF filing system:

Sandra E. Portney
sportney@warnerangle.com
landrosiuk@warnerangle.com
Peter J. Foster
pfoster@warnerangle.com
ebailey@warnerangle.com
James Valletta
jvalletta@warnerangle.com
ctoledo@warnerangle.com
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 E Camelback Rd., Ste. 800
Phoenix, AZ 85016
(602) 264-7101
*Attorneys for Defendants*


  */s/ Ben Dangerfield*