MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobono, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>        Defendants. | Case No.: 2:23-cv-00109<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

The Court has considered Plaintiff's Motion for Leave to File Documents Under Seal ("Plaintiff's Motion") (Doc. ___).  Good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion (Doc. ___). The Clerk of Court is directed to file the following documents under seal: "Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on All Remaining Claims" (Doc. ___);

"Plaintiff's Controverting Statement of Facts in Support of its Response to Defendants'

Motion for Summary Judgment" (the "CSOF") (Doc. ___), and; Exhibits 1-9 to the CSOF (Docs. _____).

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556