Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:  sportney@warnerangle.com
         pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No. 2:23-cv-00109<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Extension)**<br><br>(Assigned to Hon. Susan M. Brnovich) |

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate and agree to, and respectfully move for, an extension of time, up to and including June 9, 2026, for Defendants to file a Reply in Support of their Motion for Summary Judgment (No. 118). Good cause exists to grant this Stipulated Motion and

extend the deadline because undersigned counsel for Defendants has been dealing with several pressing matters in other litigation cases, as well as various personal obligations. This request is submitted in good faith and not for purposes of unnecessary delay. A proposed form of order has been lodged herewith.

RESPECTFULLY SUBMITTED this 29th day of May, 2026.

**WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC**

By */s/ Peter J. Foster*
Sandra E. Portney
Peter J. Foster
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

**MILLS + WOODS LAW, PLLC**

By */s/ Sean A. Mills (with permission)*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

Warner Angle Hallam Jackson & Formanek PLC

**Warner Angle Hallam Jackson & Formanek PLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

*/s/ C. Toledo*