IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>     Defendants. | Case No. 2:23-cv-00109<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

THE COURT, having received and reviewed the Stipulation for Extension of Time for Defendants to file a Reply in Support of their Motion for Summary Judgment (the "Stipulation"), and good cause appearing therefore,

IT IS ORDERED that the Stipulation is granted. Defendants shall file their Reply in Support of their Motion for Summary Judgment on or before June 9, 2026.