Sandra E. Portney, State Bar No. 018881
Peter J. Foster, State Bar No. 026242
**WARNER ANGLE HALLAM**
 **JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail:   sportney@warnerangle.com
          pfoster@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No. 2:23-cv-00109<br><br>**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL REMAINING CLAIMS** |

Defendants respectfully request leave to exceed the 11-page limitation set forth in LRCiv 7.2 for their Reply in Support of their Motion for Summary Judgment. Plaintiff combined a separate Rule 56(d) Motion into its Response to Defendants' Motion for Summary Judgment. As a result, Defendants had to address Plaintiff's Rule 56(d) Motion

in their Reply. The requested extra space is also necessary to fully address the legal issues underlying the Motion for Summary Judgment.

Based on the foregoing, good cause exists, and leave is justified, to allow Defendants to exceed the 11-page limitation and file a Reply brief that is up to and including 12 pages of substantive text (*i.e.*, excluding signature block, mailing certificate, and exhibits). A proposed form or order has been submitted herewith.

DATED this 9th day of June, 2026.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By */s/ Peter J. Foster*
Sandra E. Portney
Peter J. Foster
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

Warner Angle Hallam Jackson & Formanek PLC

Warner Angle Hallam Jackson & Formanek PLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

/s/ C. Toledo