IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company, | Case No. 2:23-cv-00109 |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL REMAINING CLAIMS** |
| v. | |
| EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife, | |
| Defendants. | |

Having received and considered Defendants' Motion to Exceed Page Limitation for Reply in Support of Defendants' Motion for Summary Judgment on All Remaining Claims (the "Motion"), and good cause appearing,

///

IT IS HEREBY ORDERED that the Motion is granted. Defendants' Reply brief may be up to and including 12 pages of substantive text (*i.e.*, excluding signature block, mailing certificate, and exhibits).

Warner Angle Hallam Jackson & Formanek PLC