# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court having received and considered Defendants' Motion to Exceed Page Limitation for Reply in Support of Defendants' Motion for Summary Judgment on All Remaining Claims (the "Motion") (Doc. 132) and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted. Defendants' Reply brief may be up to and including 12 pages of substantive text (i.e., excluding signature block, mailing certificate, and exhibits).

Dated this 10th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge