**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

THE COURT having received and reviewed the Stipulation for Extension of Time for Defendants to file a Reply in Support of their Motion for Summary Judgment (the "Stipulation") (Doc. 131) and good cause appearing therefore,

**IT IS ORDERED** that the Stipulation is granted. Defendants shall file their Reply in Support of their Motion for Summary Judgment on or before June 9, 2026.

Dated this 15th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge