# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries LLC, | No. CV-23-00109-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Vella, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Leave to File Documents Under Seal ("Plaintiff's Motion") (Doc. 126).  Good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion. The Clerk of Court is directed to file the following documents under seal: "Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment on All Remaining Claims" (Doc. 127); "Plaintiff's Controverting Statement of Facts in Support of its Response to Defendants' Motion for Summary Judgment" (the "CSOF") and Exhibits 1-9 to the CSOF (Doc. 128).

Dated this 1st day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge