J. Henk Taylor, State Bar No. 016321
James Valletta, State Bar No. 017072
Yvonne S. Tindell, State Bar No. 035330
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail: htaylor@warnerangle.com
jvalletta@warnerangle.com
ytindell@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No. 2:23-cv-00109<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM** |

NOTICE IS HEREBY GIVEN that, pursuant to LRCiv 83.3(b)(4), J. Henk Taylor, James Valletta and Yvonne S. Tindell of Warner Angle Hallam Jackson & Formanek PLC

enter their appearance in place of Sandra E. Portney and Peter J. Foster as counsel of record for Defendants. Please direct all further pleadings, orders and communications to:

J. Henk Taylor
James Valletta
Yvonne S. Tindell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
htaylor@warnerangle.com
jvalletta@warnerangle.com
ytindell@warnerangle.com

DATED this 3rd day of November, 2026.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By *_/s/ James Valletta_*
J. Henk Taylor
James Valletta
Yvonne S. Tindell
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

Warner Angle Hallam Jackson & Formanek PLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

*/s/ C. Toledo*