J. Henk Taylor, State Bar No. 016321
James Valletta, State Bar No. 017072
Yvonne S. Tindell, State Bar No. 035330
**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
2555 East Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
E-mail: htaylor@warnerangle.com
jvalletta@warnerangle.com
ytindell@warnerangle.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eastern Industries, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,<br><br>Defendants. | Case No. 2:23-cv-00109<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATES** |

Defendants, pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure, respectfully move the Court to enter an order continuing the trial date in this action. A seven-day jury trial is scheduled to commence on January 19, 2027. Lead counsel for Defendants, Peter J. Foster, has departed from the law firm Warner Angle Hallam Jackson

& Formanek PLC, and new counsel entered their appearance on November 3, 2026. (Doc. 143). Defendants therefore request the Court continue the trial dates for at least 120 days to dates that are convenient for the Court and all counsel, to allow new counsel to get up to speed on this matter and prepare for trial. Plaintiff Eastern Industries, LLC has agreed to this requested continuance. A proposed form of order is submitted herewith.

**RELIEF REQUESTED**

Accordingly, the Parties respectfully request the Court enter an order:

A. Granting this Motion;
B. Continuing the trial currently set for January 19, 2027, by at least 120 days to a later date that is mutually convenient for the Court and counsel; and
C. Granting such further relief as is just and proper.

DATED this 19th day of November 2026.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

By */s/ James Valletta*
J. Henk Taylor
James Valletta
Yvonne S. Tindell
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendants*

**MILLS + WOODS LAW PLLC**

By */s/ Sean Woods (with permission)*
Robert T. Mills
Sean A. Woods
Mills + Woods Law, PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

Warner Angle Hallam Jackson & Formanek PLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, and that on said date a copy was delivered electronically via the CM/ECF filing system to:

Robert T. Mills
rmills@millsandwoods.com
Sean A. Woods
swoods@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
*Attorneys for Plaintiff*

*/s/ C. Toledo*