IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Eastern Industries, LLC, a New York limited liability company,

Plaintiff,

v.

EarthCo Enterprises, LLC, an Arizona limited liability company; Thomas Vella and Jane Doe Vella, husband and wife, Wesley Zlotoff and Jane Doe Zlotoff, husband and wife; Dominic Riccobono and Jane Doe Riccobano, husband and wife, and Jack Thomas Riccobono and Jane Roe Riccobono, husband and wife, Scott Williams and Jane Doe Williams, husband and wife,

Defendants.

Case No. 2:23-cv-00109

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATES**

Having received and considered the Stipulated Motion to Continue Trial Dates (the “Motion”), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. Trial set to commence on January 19, 2027, is hereby continued for 120 days.